**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ESPERANZA ANGEL PEREZ,

Petitioner,

v.

DANIEL BRIGHTMAN, Field Office Director of Enforcement and Removal Operations, ICE, et al.,

Respondents.

Case No.:  26-cv-1009-BJC-BJW

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On February 17, 2026, Petitioner Esperanza Angel Perez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. section 2241.   Petitioner asserts she is a member of the Bond Eligible Class as designated in *Maldonado Bautista v. Santacruz*, 2025 CV 3289861 (C.D. Cal. Nov. 20, 2025).

This Court issued an Order to Show Cause to Respondent requiring the government to indicate whether Petitioner is a Bond Eligible Class Member pursuant to the final judgment in *Maldonado-Bautista*.  ECF No. 2.  Respondents filed a Response to the petition on February 21, 2025, in which they note that Petitioner is a member of the Bond Eligible Class certified in *Maldonado Bautista*.  The court in *Maldonado Bautist*a entered final judgment as to the Bond Eligible Class on December 18, 2025.  *See Maldonado*

1

*Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Respondents "acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 3 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing **no later than March 9, 2026**, and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**IT IS SO ORDERED**.

February 23, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1009-BJC-BJW